# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>JORGE GUARADO,<br><br>              Defendant. | CASE NO. 16cr904-MMA<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Doc. No. 32] |

Defendant Jorge Guarado moves for early termination of his term of supervised release.  *See* Doc. No. 32.  To date, Defendant has served approximately two-thirds of the three-year term imposed by the Court and neither United States Probation nor the government oppose the motion.

After considering the factors set forth in Title 18, section 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1).

Upon due consideration of the applicable statutory factors, the Court **GRANTS** Defendant's motion and **ORDERS** that his remaining term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date this Order is filed.

1  The Court **DIRECTS** the Clerk of Court to serve Defendant with a copy of this Order via U.S. Mail at Defendant's address of record.

**IT IS SO ORDERED**.

DATE: November 20, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge